**The People of the State of Illinois, defendant in error, v. Frank Rudolph, plaintiff in error.**

Conviction for encouraging female child to become delinquent on

information containing no direct averment that child became delinquent. Error to the County Court of Sangamon county; the Hon. J. B. Weaver, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed July 15, 1918.

A. Morris Williams, for plaintiff in error; Roy M. Seeley and John M. Pfeifer, of counsel. C. F. Mortimer, for defendant in error; Oscar J. Putting and John P. Snigg, Jr., of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Jasper Davis, plaintiff in error.

Conviction on charge of selling liquor in anti-saloon territory. Error to the County Court of Champaign county; the Hon. Roy C. Freeman, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

F. T. Carson, for plaintiff in error. Louis A. Busch and H. D. Roth, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. William Humble, plaintiff in error.

Conviction on charge of assault with a deadly weapon. Error to the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 15, 1918.

Frank Gillespie, for plaintiff in error. Miles K. Young and W. B. Leach, for defendant in error; W. W. Whitmore, of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.